FENNEMORE CRAIG, P.C.
Sean T. Hood (No. 022789)
Joseph A. Schenk (No. 009260)
Cameron Johnson (No. 030280)
Bradley J. Pew (No. 033876)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: shood@fclaw.com
Email: jschenk@fclaw.com
Email: cjohnson@fclaw.com
Email: bpew@fclaw.com

*Attorneys for Non-Parties/Movants*
*The Quantum Group, USA, LLC*
*and Tony Avalos*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Subpoena of Tony Avalos, Financial Controller – The Quantum Group, USA, LLC<br><br>Shurwest, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>Carolyn Howard,<br><br>   Defendant. | No. 2:20-mc-00057-DWL<br><br>[Action pending in the United States District Court for the Eastern District of Kentucky, Case No. 5:19-cv-00180]<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  This corporate disclosure statement is filed on behalf of Movant The Quantum Group, USA, LLC in compliance with the provisions of:

  ☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more

of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____

_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

☐ Other (please explain):
_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

1     RESPECTFULLY SUBMITTED this 15th day of October, 2020.

2                           FENNEMORE CRAIG, P.C.

4                 By:  *s/ Sean Hood*

                    Sean T. Hood
                    Joseph A. Schenk
                    Cameron Johnson
                    Bradley J. Pew
                    *Attorneys for Non-Parties/Movants The Quantum Group, USA, LLC and Tony Avalos*

FENNEMORE CRAIG, P.C.
PHOENIX

- 3 -

16315426.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, I served the attached document by email on the following:

*Attorneys for Plaintiff Shurwest, LLC:*

Andrea Lauren Russow Nichols
Jason Trent Ams
Dentons Bingham Greenebaum LLP - Lexington
300 W. Vine Street, Suite 1200
Lexington, KY 40507
Email: lauren.nichols@dentons.com
Email: jason.ams@dentons.com

Jason M. Hopkins
Jason S. Lewis
DLA Piper LLP - TX
1900 N. Pearl Avenue, Suite 2200
Dallas, TX 75021
Email: Jason.Hopkins@DLAPiper.com
Email: Jason.Lewis@DLAPiper.com

James R. Irving
Dentons Bingham Greenebaum Doll LLP - Louisville
101 S. Fifth Street
3500 PNC Tower
Louisville, KY 40202-3197
Email: jim.irving@dentons.com

*Attorneys for Defendant Carolyn Howard:*

Brian P. Nally
Reminger Co., L.P.A. - Cleveland
101 Prospect Avenue, W.
1400 Midland Building
Cleveland, OH 44115
Email: bnally@reminger.com

Anthony Pernice
Kenneth L. Finley
Reminger Co., LPA - Lexington
333 W. Vine Street, Suite 1670
Lexington, KY 40507
Email: apernice@reminger.com
Email: kfinley@reminger.com

*s/ Karen Jones*
An employee of Fennemore Craig, P.C.